ANDERSON & COMPANY *v.* NIXON.

*Simmons, C. J.*—1. Under the facts disclosed by the record it does not appear that any error was committed in allowing the claimant to withdraw her admission, made at the beginning of the trial, that the defendant in execution was in possession of the property in dispute at the time of the levy. *Irwin et al. v. McKnight,* 76 *Ga.* 670, 673.

2. The evidence warranted the verdict, and there was no error in denying a new trial.     *Judgment affirmed.*

Argued November 30,—Decided December 7, 1896.

Levy and claim. Before Judge Smith. Dodge superior court. March term, 1896.

*Smith & Clements* and *E. Herrman,* for plaintiffs.
*DeLacy & Bishop,* for claimant.